# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

JAMES D. WEBB,

    Plaintiff,

v.                                    CASE NO. 1:10cv88-MP-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Defendant.

_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 22, 2012. (Doc. 31). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly:

    1.   The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2. The Motion to Dismiss the Petition as Untimely, (doc. 28) is GRANTED, the case is dismissed, and the Clerk is directed to close the file.

    **DONE and ORDERED** this 30th day of April, 2012.

                                                      *s/ M. Casey Rodgers*
                                               **M. CASEY RODGERS**
                                               **CHIEF UNITED STATES DISTRICT JUDGE**